# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D17-3129
_____

JAHI AMADI HASANATI,

   Appellant,

   v.

TONY ANDERSON, Warden of
Hamilton Correctional
Institution,

   Appellee.

_____

On appeal from the Circuit Court for Hamilton County.
William R. Slaughter, Senior Judge.

July 10, 2018

PER CURIAM.

   AFFIRMED.

WOLF, BILBREY, and KELSEY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Jahi Amadi Hasanati, pro se, Appellant.

Pamela Jo Bondi, Attorney General, Kenneth S. Steely, General Counsel, Department of Corrections, and Beverly Brewster, Assistant General Counsel, Department of Corrections, Tallahassee, for Appellee.